PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
FARA GOLD
Special Litigation Counsel
Criminal Section, Civil Rights Division
United States Department of Justice

Attorneys for Plaintiff
United States of America

**FILED**
Jul 28, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>J. DESHAWN TORRENCE,<br><br>Defendant. | CASE NO. 1:22-cr-00207 JLT-SKO<br><br>VIOLATION: 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law (10 Counts) |

I N D I C T M E N T

INTRODUCTORY ALLEGATIONS

At all times material to this Indictment:

1. Defendant J. DESHAWN TORRENCE was employed as a police officer by the Sanger Police Department.

2. By virtue of being employed as a police officer, Defendant J. DESHAWN TORRENCE was required to act in compliance with the United States Constitution.

3. M.C.G., L.S., S.L., and B.H. were females with whom Defendant J. DESHAWN TORRENCE interacted in the course of his duties as a police officer with the Sanger Police Department.

COUNT ONE: [18 U.S.C. § 242 – Deprivation of Rights Under Color of Law Resulting in Bodily Injury and including Aggravated Sexual Abuse]

The Grand Jury charges: T H A T

J. DESHAWN TORRENCE,

defendant herein, as follows:

4. The allegations of paragraphs 1 through 3 are re-alleged and incorporated herein by reference.

5. Defendant J. DESHAWN TORRENCE, between on or about August 1 and October 18, 2017, in the County of Fresno, State and Eastern District of California, did, while acting under the color of law, willfully deprive M.C.G. of her fundamental right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, when he penetrated M.C.G.'s vulva with his penis without M.C.G.'s consent and without a legitimate law enforcement purpose. The defendant's conduct resulted in bodily injury and included aggravated sexual abuse.

All in violation of Title 18, United States Code, Section 242.

COUNT TWO: [18 U.S.C. § 242 – Deprivation of Rights Under Color of Law including Aggravated Sexual Abuse]

The Grand Jury further charges: T H A T

J. DESHAWN TORRENCE,

defendant herein, as follows:

6. The allegations of paragraphs 1 through 3 are re-alleged and incorporated herein by reference.

7. Defendant J. DESHAWN TORRENCE, between on or about August 1 and October 18, 2017, in the County of Fresno, State and Eastern District of California, did, while acting under the color of law, willfully deprive M.C.G. of her fundamental right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, when he caused his penis to have contact with M.C.G.'s mouth without M.C.G.'s consent and without a legitimate law enforcement purpose. The defendant's conduct included aggravated sexual abuse.

All in violation of Title 18, United States Code, Section 242.

///
///
///

COUNT THREE: [18 U.S.C. § 242 – Deprivation of Rights Under Color of Law]

The Grand Jury further charges: T H A T

J. DESHAWN TORRENCE,

defendant herein, as follows:

8. The allegations of paragraphs 1 through 3 are re-alleged and incorporated herein by reference.

9. Defendant J. DESHAWN TORRENCE, on one and more occasions, between on or about October 19, 2017, and January 31, 2020, in the County of Fresno, State and Eastern District of California, did, while acting under the color of law, willfully deprive M.C.G. of her fundamental right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, when he caused his penis to have contact with M.C.G.'s mouth without M.C.G.'s consent and without a legitimate law enforcement purpose.

All in violation of Title 18, United States Code, Section 242.

COUNT FOUR: [18 U.S.C. § 242 – Deprivation of Rights Under Color of Law]

The Grand Jury also charges: T H A T

J. DESHAWN TORRENCE,

defendant herein, as follows:

10. The allegations of paragraphs 1 through 3 are re-alleged and incorporated herein by reference.

11. Defendant J. DESHAWN TORRENCE, between on or about January 11 and January 31, 2021, within the County of Fresno, State and Eastern District of California, did, while acting under color of law, willfully deprive M.C.G. of her fundamental right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, when he touched M.C.G.'s breast without M.C.G.'s consent and without a legitimate law enforcement purpose. The defendant's conduct resulted in bodily injury.

All in violation of Title 18, United States Code, Section 242.

///
///

COUNT FIVE: [18 U.S.C. § 242 – Deprivation of Rights Under Color of Law including Attempted Aggravated Sexual Abuse]

The Grand Jury also charges: T H A T

J. DESHAWN TORRENCE,

defendant herein, as follows:

12. The allegations of paragraphs 1 through 3 are re-alleged and incorporated herein by reference.

13. Defendant J. DESHAWN TORRENCE, between on or about October 15 and November 22, 2017, in the County of Fresno in the State Eastern District of California, did, while acting under the color of law, willfully deprive L.S. of her fundamental right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, when he touched L.S.'s breast and touched L.S.'s buttocks without L.S.'s consent and without a legitimate law enforcement purpose. The defendant's conduct included attempted aggravated sexual abuse.

All in violation of Title 18, United States Code, Section 242.

COUNT SIX: [18 U.S.C. § 242 – Deprivation of Rights Under Color of Law]

The Grand Jury also charges: T H A T

J. DESHAWN TORRENCE,

defendant herein, as follows:

14. The allegations of paragraphs 1 through 3 are re-alleged and incorporated herein by reference.

15. Defendant J. DESHAWN TORRENCE, on or about March 5, 2018, in the County of Fresno, State and Eastern District of California, while acting under the color of law, willfully deprived S.L. of her fundamental right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, when he directed S.L. to remove her shirt without a legitimate law enforcement purpose under the pretext of photographing S.L.'s injuries.

All in violation of Title 18, United States Code, Section 242.

///

///

COUNT SEVEN: [18 U.S.C. § 242 – Deprivation of Rights Under Color of Law]

The Grand Jury also charges: T H A T

J. DESHAWN TORRENCE,

defendant herein, as follows:

16. The allegations of paragraphs 1 through 3 are re-alleged and incorporated herein by reference.

17. Defendant J. DESHAWN TORRENCE, on or about March 7, 2018, in the County of Fresno, State and Eastern District of California, did, while acting under the color of law, willfully deprive S.L. of the fundamental right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, when he directed S.L. to remove her shirt without a legitimate law enforcement purpose under the pretext of photographing S.L.'s injuries.

All in violation of Title 18, United States Code, Section 242.

COUNT EIGHT: [18 U.S.C. § 242 – Deprivation of Rights Under Color of Law including Attempted Aggravated Sexual Abuse]

The Grand Jury also charges: T H A T

J. DESHAWN TORRENCE,

defendant herein, as follows:

18. The allegations of paragraphs 1 through 3 are re-alleged and incorporated herein by reference.

19. Defendant J. DESHAWN TORRENCE, on or about March 8, 2018, in the County of Fresno, State and Eastern District of California, did, while acting under the color of law, willfully deprive S.L. of her fundamental right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, when he touched S.L.'s genitalia, touched S.L.'s breast, and touched S.L.'s buttocks without her consent and without a legitimate law enforcement purpose. The defendant's conduct included attempted aggravated sexual abuse.

All in violation of Title 18, United States Code, Section 242.

///

///

COUNT NINE: [18 U.S.C. § 242 – Deprivation of Rights Under Color of Law]

The Grand Jury also charges: T H A T

J. DESHAWN TORRENCE,

defendant herein, as follows:

20. The allegations of paragraphs 1 through 3 are re-alleged and incorporated herein by reference.

21. Defendant J. DESHAWN TORRENCE, on or about June 23, 2021, in the Eastern District of California, did, while acting under the color of law, willfully deprive B.H. of her fundamental right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, when the defendant caused B.H. to touch his penis without her consent and without a legitimate law enforcement purpose.

All in violation of Title 18, United States Code, Section 242.

COUNT TEN: [18 U.S.C. § 242 – Deprivation of Rights Under Color of Law]

The Grand Jury also charges: T H A T

J. DESHAWN TORRENCE,

defendant herein, as follows:

20. The allegations of paragraphs 1 through 3 are re-alleged and incorporated herein by reference.

21. Defendant J. DESHAWN TORRENCE, on or about June 23, 2021, in the County of Fresno, State and Eastern District of California, did, while acting under the color of law, willfully deprive B.H. of her fundamental right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, when put his mouth on B.H.'s breast without her consent and without a legitimate law enforcement purpose.

///
///
///
///
///

All in violation of Title 18, United States Code, Section 242.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

PHILLIP A. TALBERT
United States Attorney

By: **KIRK E. SHERRIFF**
_____
KIRK E. SHERRIFF
Assistant United States Attorney
Chief-Fresno Office-

INDICTMENT                                        7