No. _____

# SEALED

**FILED**
Jul 28, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

### THE UNITED STATES OF AMERICA
*vs.*

### J. DESHAWN TORRENCE

1:22-cr-00207  JLT-SKO

### INDICTMENT

**VIOLATION(S):**   18 U.S.C. § 242 – Deprivation of Rights Under Color of Law (10 Counts)

*A true bill,*

/s/
———————
Foreman.

*Filed in open court this* _____ *day*

*of* _____, *A.D. 20* \_\_\_\_\_

———————
Clerk.

*Bail, $* \_\_ PLEASE ISSUE NO BAIL WARRANT \_\_

B. McAuliffe                7/28/22

GPO 863 525

AO 257 (Rev. 9/92)

___ YES: SAB conflict in USAO (Before 01/01/13)   ___ Yes: SKO conflict in USAO (Before 4/12/10)   PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING: Case No. _____

**OFFENSE CHARGED**
See Indictment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense: FRESNO COUNTY

U.S.C. Citation: See Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City):
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**DEFENDANT – – U.S. vs.**
▶ J. DESHAWN TORRENCE

Address: _____

Birth Date: _____   ☐ Male  ☐ Female   ☐ Alien (if applicable)
(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

FBI- AGENT BRITTON WALLACE

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.   Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO. _____

Name and Office of Person Furnishing Information on THIS FORM: DEBRA DE LA PENA

☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): KAREN ESCOBAR

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☒ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution _____

Has detainer been filed?   ☐ Yes  ☐ No
If "Yes," give date filed: Mo. ___ Day ___ Year ___

DATE OF ARREST ▶ _____

Or . . . if Arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY ▷ Mo. ___ Day ___ Year ___

☐ This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR COMMENTS

[X] **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)

**PLEASE ISSUE NO BAIL WARRANT**

## United States v. J. DeShawn Torrence

### COUNT 1:

VIOLATION: 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law Resulting in Bodily Injury and Including Aggravated Sexual Abuse

PENALTIES: Any term of years or life in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of 5 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### COUNT 2:

VIOLATION: 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law Including Aggravated Sexual Abuse

PENALTIES: Any term of years or life in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of 5 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### COUNT 3:

VIOLATION: 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

PENALTIES: One year in prison; or
Fine of up to $100,000; or both fine and imprisonment
Supervised release of 1 year

SPECIAL ASSESSMENT: $25 (mandatory on each count)

### COUNT 4:

VIOLATION: 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law Resulting in Bodily Injury

PENALTIES: Ten years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 5:**

VIOLATION: 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law Including Attempted Aggravated Sexual Abuse

PENALTIES: Any term of years or life in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of 5 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 6:**

VIOLATION: 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

PENALTIES: One year in prison; or
Fine of up to $100,000; or both fine and imprisonment
Supervised release of 1 year

SPECIAL ASSESSMENT: $25 (mandatory on each count)

**COUNT 7:**

VIOLATION: 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

PENALTIES: One year in prison; or
Fine of up to $100,000; or both fine and imprisonment
Supervised release of 1 year

SPECIAL ASSESSMENT: $25 (mandatory on each count)

**COUNT 8:**

VIOLATION: 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law Including Attempted Aggravated Sexual Abuse

PENALTIES: Any term of years or life in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of 5 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 9:**

VIOLATION:       18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

PENALTIES:       One year in prison; or
Fine of up to $100,000; or both fine and imprisonment
Supervised release of 1 year

SPECIAL ASSESSMENT: $25 (mandatory on each count)

**COUNT 10:**

VIOLATION:       18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

PENALTIES:       One year in prison; or
Fine of up to $100,000; or both fine and imprisonment
Supervised release of 1 year

SPECIAL ASSESSMENT: $25 (mandatory on each count)