PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
FARA GOLD
Special Litigation Counsel
Criminal Section, Civil Rights Division
United States Department of Justice

Attorneys for Plaintiff
United States of America

**FILED**
Jul 28, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>J. DESHAWN TORRENCE,<br><br>                    Defendant. | CASE NO.  1:22-cr-00207 JLT-SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

    The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 29, 2021 charging the above defendant with violations of 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law (10 Counts), be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail,

Motion to Seal Indictment                                1

1 that no person shall disclose the finding of the Indictment or any warrants issued
2 pursuant thereto, except when necessary for the issuance and execution of the warrants.

4 DATED: July 28, 2022                    Respectfully submitted,

                                          PHILLIP A. TALBERT
                                          United States Attorney

                                  By      /s/ KAREN ESCOBAR
                                          KAREN ESCOBAR
                                          Assistant U.S. Attorney

10          IT IS SO ORDERED.

11 Dated:  July 28, 2022                   _____
                                          BARBARA A. MCAULIFFE
                                          U.S. Magistrate Judge