1 | PHILLIP A. TALBERT
United States Attorney
2 | KAREN A. ESCOBAR
Assistant United States Attorney
3 | 2500 Tulare St., Suite 4401
Fresno, CA  93721
4 | Telephone: (559) 497-4000
Facsimile:  (559) 497-4575
5
KRISTEN CLARKE
6 | Assistant Attorney General
Civil Rights Division
7 | FARA GOLD
Special Litigation Counsel
8 | Criminal Section, Civil Rights Division
United States Department of Justice
9
Attorneys for Plaintiff
10 | United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 1:22-CR-00207 JLT-SKO |
|---|---|
| Plaintiff, | REQUEST TO UNSEAL INDICTMENT |
| v. | |
| J. DESHAWN TORRENCE, | |
| Defendant. | |

**REQUEST TO UNSEAL**

The indictment in the above-captioned matter was returned on July 28, 2022.  On August 5, 2022, the defendant turned himself into the U.S. Marshals Service after contact was made with the defendant and his attorney.  As a result, there is no need for the indictment to remain under seal.  ///

///

///

///

///

REQUEST TO UNSEAL INDICTMENT

1     Accordingly, the United States asks that the Court order that the indictment be unsealed and the arrest warrant withdrawn.

Dated: August 4, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ *Karen A. Escobar*
KAREN A. ESCOBAR
Assistant United States Attorney

REQUEST TO UNSEAL INDICTMENT

PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
FARA GOLD
Special Litigation Counsel
Criminal Section, Civil Rights Division
United States Department of Justice

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 1:22-CR-00207 JLT-SKO |
|---|---|
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| J. DESHAWN TORRENCE, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned matter be, and are, unsealed and the arrest warrant recalled.

Dated: 8/5/2022

*Sheila K. Oberto*
The Honorable Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL INDICTMENT