Mohamad A. Baydoun, SBN 326536
mbaydoun@adamsferrone.com
ADAMS FERRONE & FERRONE APLC
4333 Park Terrace Drive, Suite 200
Westlake Village, CA 91361
Telephone: (805) 373-5900
Facsimile: (805) 874-1382

Attorney for Defendant,

   J. DESHAWN TORRENCE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>J. DESHAWN TORRENCE<br><br>   Defendant. | Case No.: 1:22-cr-00207 JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULED HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ERICA P. GROSJEAN; AND KAREN A. ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, J. DESHAWN TORRENCE, by and through his attorney of record, MOHAMAD A. BAYDOUN hereby requests that the scheduled hearing currently set for August 10, 2022 at 2:00 p.m. be continued to Monday, August 15, or a date convenient to court and counsel.

    Pursuant to 18 U.S.C. §3142 (F)(2), I am respectfully requesting a 3-day continuance of the scheduled hearing, because I have been ill, and continue to suffer symptoms through this day. Thus, to provide adequate representation and defense, I am requesting this continuance. I have been in contact with Assistant United States Attorney, Karen Escobar and she has no opposition to this request.

    Based upon the foregoing, both parties believe there is good cause to justify a continuance. Thus, I respectfully request that the hearing be continued to Monday, August 15, 2022.

Dated:  August 9, 2022

     /s/ Mohamad A. Baydoun
MOHAMAD A. BAYDOUN
Attorney for Defendant
J. DESHAWN TORRENCE

Dated:  August 9, 2022

     /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

## ORDER

The detention hearing, currently noticed for August 10, 2022, is continued and will now be held on Monday, August 15, 2022, at 2:00 pm before the assigned duty magistrate judge. A continuance is justified by show of good cause, pursuant to 18 U.S.C. §3142 (F)(2).

IT IS SO ORDERED.

Dated:  **August 9, 2022**                    /s/ Erica P. Grosjean
                                                           UNITED STATES MAGISTRATE JUDGE