PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

KRISTEN CLARKE
Assistant Attorney General
FARA GOLD
Special Litigation Counsel/Senior Sex Crimes Counsel
Civil Rights Division, Criminal Section
U.S. Department of Justice
Telephone: (202) 514-3847

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>J. DESHAWN TORRENCE,<br><br>                    Defendant. | CASE NO.  1:22-CR-207 JLT<br><br>STIPULATION AND ORDER<br><br>DATE: August 15, 2022<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

   Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

   1. On July 28, 2022, the returned an indictment, which was ordered sealed, finding there was probable cause that the defendant, a former officer with the Sanger Police Department, willfully deprived four different women, whom he encountered in his capacity as a police officer, of their Constitutional rights to bodily integrity by sexually assaulting them.  18 U.S.C. § 242.  The indictment charges ten counts.  Four of the counts charge that the defendant's conduct included either aggravated sexual abuse or attempted aggravated sexual abuse, and therefore each of those counts carries a

STIPULATION AND ORDER                                    1

maximum penalty of up to life in prison. Another count charges that the defendant's conduct resulted in bodily injury and that count carries a maximum penalty of 10 years in prison. The five remaining counts each carry a maximum of one year in prison.

2. On Friday, August 5, 2022, after the indictment was unsealed, the defendant was arraigned by this Court and was ordered temporarily detained. At the time, the United States indicated that the defendant had refused the collection of DNA, a routine booking procedure authorized for individuals who are facing federal charges and are detained under authority of the United States. 34 U.S.C. § 40702.

3. 34 U.S.C. § 40702(a)(1)(A) provides: "The Attorney General may, as prescribed by the Attorney General in regulation, collect DNA samples from individuals who are arrested, facing charges, or convicted or from non-United States persons who are detained under the authority of the United States." Torrence is facing charges and is detained under the authority of the United States.

4. 28 C.F.R. § 28.12(b) provides: "Any agency of the United States that arrests or detains individuals or supervises individuals facing charges shall collect DNA samples from individuals who are arrested, facing charges, or convicted, and from non-United States persons who are detained under the authority of the United States." Torrence is facing charges and was detained after he turned himself into the FBI at the United States Marshals Service office in Fresno.

5. Counsel for the defendant stipulates to the collection of a DNA sample, pursuant to the foregoing statutory and regulatory authority, by the United States Marshals Service or FBI.

IT IS SO STIPULATED.

Dated:  August 12, 2022                    PHILLIP A. TALBERT
                                           United States Attorney


                                           By:  /s/ KAREN A. ESCOBAR
                                                KAREN A. ESCOBAR
                                                Assistant United States Attorney

                                           KRISTEN CLARKE

Assistant Attorney General

/s/ FARA GOLD
FARA GOLD
Special Litigation Counsel
Civil Rights Division, Criminal Section
U.S. Department of Justice


 /s/ Mohamad Baydoun
MOHAMAD BAYDOUN
Counsel for Defendant J. DeShawn Torrence

O R D E R

It is so ordered..

DATED: 8/15/2022

*Sheila K. Oberto*
SHEILA K. OBERTO
U.S. Magistrate Judge