PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
FARA GOLD
Special Litigation Counsel
Criminal Section, Civil Rights Division
United States Department of Justice

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>J. DESHAWN TORRENCE,<br><br>                    Defendant. | CASE NO. 1:22-CR-00207-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: March 15, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on March 15, 2023.

2. By this stipulation, defendant now moves to continue the status conference until March 29, 2023, and to exclude time between March 15, 2023, and March 29, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

consists of over 80,000 pages of material and includes investigative reports, recordings, photographs, text messages, search warrants, and other items produced in electronic form. In addition, a plea offer has been sent to the defense.

      b)     On March 1, 2023, Attorney Roger D. Wilson indicated that he intends to move to withdraw as counsel for the defendant.

      c)     The defense desires additional time to ensure the substitution of counsel and transmittal of discovery and the plea offer to new counsel.

      d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)     The government does not object to the continuance.

      f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 15, 2023 to March 29, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  March 1, 2023                                   PHILLIP A. TALBERT
                                                        United States Attorney


                                                         /s/ KAREN A. ESCOBAR
                                                        KAREN A. ESCOBAR
                                                        Assistant United States Attorney


Dated:  March 1, 2023                                   KRISTEN CLARKE
                                                        Assistant Attorney General
                                                        Civil Rights Division

                                                         /s/  FARA GOLD
                                                        FARA GOLD
                                                        Special Litigation Counsel
                                                        Criminal Section, Civil Rights Division

Dated: March 1, 2023                                     /s/  Roger D. Wilson
                                                        ROGER D. WILSON
                                                        Counsel for Defendant J. DeShawn Torrence


**ORDER**

    IT IS SO ORDERED.


DATED: 3/1/2023

                                                        *Sheila K. Oberto*
                                                        THE HONORABLE SHEILA K. OBERTO
                                                        UNITED STATES MAGISTRATE JUDGE