HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br>vs.<br><br>J. DESHAWN TORRENCE,<br><br>   *Defendant,* | Case No. 1:22-CR-00207-JLT-SKO<br><br>**APPLICATION AND ORDER FOR APPOINTMENT OF COUNSEL** |

Defendant, J. Deshawn Torrence, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

On March 29, 2023, this Court relieved Mr. Torrence's retained attorney, and instructed former counsel to submit a financial affidavit for the court to review to see if Mr. Torrence qualifies for appointed counsel. On March 29, 2023, the court referred the matter to the Office of the Federal Defenders, indicating that it had reviewed the financial affidavit and the Mr. Torrence qualifies for appointed counsel.

After reviewing his Financial Affidavit, it is respectfully recommended that CJA attorney Roger Wilson be promptly appointed to represent Mr. Torrence in his ongoing criminal case.

DATED:  March 30, 2023                                  */s/ Eric V. Kersten*
                                                                                   ERIC V. KERSTEN
                                                                                  Assistant Federal Defender
                                                                                  Branch Chief, Fresno Office

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel Roger Wilson be promptly appointed pursuant to 18 U.S.C. § 3006A.

DATED:    3/30/2023

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES DISTRICT JUDGE