PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
MICHAEL J. SONGER
Trial Attorney
Criminal Section, Civil Rights Division
United States Department of Justice

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00207-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| J. DESHAWN TORRENCE, | DATE: May 3, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on May 3, 2023.

2. By this stipulation, defendant now moves to continue the status conference until July 5, 2023, and to exclude time between May 3, 2023, and July 5, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a)   The government has represented that the discovery associated with this case

consists of over 80,000 pages of material and includes investigative reports, recordings, photographs, text messages, search warrants, and other items produced in electronic form. The government has represented to the defense that its investigation is ongoing. In addition, a plea offer has been sent to the defense.

      b)      Counsel for defendant requires additional time to review the discovery material and consult with his client.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 3, 2023 to July 5, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 25, 2023                                PHILLIP A. TALBERT
                                                      United States Attorney

                                                      /s/ KAREN A. ESCOBAR
                                                      KAREN A. ESCOBAR
                                                      Assistant United States Attorney

Dated: April 25, 2023

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

/s/ MICHAEL J. SONGER
MICHAEL J. SONGER
Trial Attorney
U.S. Department of Justice
Criminal Section, Civil Rights Division

Dated: April 25, 2023

/s/ Roger D. Wilson
ROGER D. WILSON
Counsel for Defendant J. DeShawn Torrence

**ORDER**

IT IS SO ORDERED.

DATED: 4/27/2023

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE