**FILED**
Jan 08, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

     Plaintiff,

  v.           CR NO: 1:22-cr-00207 TWR-SKO

**J. DESHAWN TORRENCE,**

     Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☐ Ad Prosequendum  ☒ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Henoba Magana |
| Detained at: | Fresno County Jail |

Detainee is:
 a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint charging detainee with: _____
or b.) ☒ a witness not otherwise available by ordinary process of the Court

Detainee will:
 a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on January 15-17, 2025, in the Eastern District of California.*

| | |
|---|---|
| Signature: | *Karen A. Escobar* |
| Printed Name & Phone No: | Karen A. Escobar, 559-497-4094 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☐ Ad Prosequendum  ☒ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, on January 14, 2025, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Jan 8, 2025**

*Erica P. Grosjean*
Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☐ Male | ☒ Female |
| Booking or CDC #: | 2435219 | DOB: | 10/10/85 |
| Facility Address: | | Race: | white |
| Facility Phone: | 559-600-8600 | FBI#: | 450343LD0 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)