UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>J. DESHAWN TORRENCE,<br><br>Defendant. | Case No.: 22-cr-00207-TWR<br><br>9th Cir. Case No.: 25-6221<br><br>ORDER GRANTING UNOPPOSED REQUEST TO DISCLOSE UNREDACTED SEALED TRANSCRIPTS AND SEALED DOCUMENTS FOR APPEAL |

For good cause shown, the Court grants the defendant's unopposed motion. The Court orders that all sealed transcripts and any other sealed documents in this case be provided in unredacted form to defense counsel Devin J. Burstein appointed for defendant's appeal to the Ninth Circuit.

Dated: 11/24/25

Todd W. Robinson
United States District Judge

1